**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALVIN KOTZ**<br>**Federal Reg. No. 16577-016**<br>**FCI CUMBERLAND**<br>**PO Box 1000**<br>**Cumberland, MD 21501-1000,**<br><br>    **Plaintiff,**<br><br>     **v.**<br><br>**HARLEY G. LAPPIN, DIRECTOR,**<br>**FEDERAL BUREAU OF PRISONS**<br>**in his official capacity and as an individual**<br>**320 First Street, N.W.**<br>**Washington, D.C. 20534, and**<br><br><br>**FEDERAL BUREAU OF PRISONS,**<br>**in his official capacity and as an individual**<br>**320 First Street, N.W.**<br>**Washington, D.C. 20534,**<br><br>    **Defendants.** | **Civil No.** _____ |

**MOTION FOR PRELIMINARY INJUNCTION**

COMES NOW plaintiff Alvin Kotz, by and through counsel, and respectfully

moves this Court to issue a preliminary injunction pursuant to Rule 65(b) of the Federal

Rules of Civil Procedure against defendant Bureau of Prisons, defendant Lappin, and the

BOP employees.  As grounds therefore, plaintiff incorporates by reference his

Memorandum in Support of a Temporary Restraining Order and the Declaration.

WHEREFORE, plaintiff requests that a preliminary injunction be entered

requiring the Bureau of Prisons to reverse the denial of a reduction in sentence for

2

plaintiff's participation in the RDAP program. Plaintiff requests that bond be waived or set in a <u>de minimus</u> amount.

Respectfully submitted,


_____BWS_____
Brian W. Shaughnessy, DC 89946
913 M Street, N.W.
Suite 101
Washington, D.C. 20001
(202) 842-1700

Attorney for Plaintiff
Alvin Kotz

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**ALVIN KOTZ**
**Federal Reg. No. 16577-016**
**FCI CUMBERLAND**
**PO Box 1000**
**Cumberland, MD 21501-1000,**

    **Plaintiff,**

      **v.**

**HARLEY G. LAPPIN, DIRECTOR,**
**FEDERAL BUREAU OF PRISONS**
**in his official capacity and as an individual**    **Civil No.** _____
**320 First Street, N.W.**
**Washington, D.C. 20534, and**


**FEDERAL BUREAU OF PRISONS,**
**in his official capacity and as an individual**
**320 First Street, N.W.**
**Washington, D.C. 20534,**

    **Defendants.**

---

**MEMORANDUM IN SUPPORT OF PRELIMINARY INJUNCTION**

Alvin Kotz, by and through counsel, in support of his Motion for a Preliminary

Injunction, pursuant to Federal Rule of Civil Procedure 65, requiring the defendants to

reverse plaintiff's transfer to USP Leavenworth, relies on his Memorandum in Support of

Motion for a Temporary Restraining Order and the Declaration of Paul Kurtz filed

herewith and incorporated by reference herein.

2

Respectfully submitted,


_____BWS_____
Brian W. Shaughnessy, DCN 89946
913 M Street, NW
Suite 101
Washington, DC  20001
(202) 842-1700

Attorney for Plaintiff
Alvin Kotz

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ALVIN KOTZ
Federal Reg. No. 16577-016
FCI CUMBERLAND
PO Box 1000
Cumberland, MD 21501-1000,

    **Plaintiff,**

     **v.**

HARLEY G. LAPPIN, DIRECTOR,
FEDERAL BUREAU OF PRISONS
in his official capacity and as an individual
320 First Street, N.W.
Washington, D.C. 20534, and

    Civil No. _____

FEDERAL BUREAU OF PRISONS,
in his official capacity and as an individual
320 First Street, N.W.
Washington, D.C. 20534,

    **Defendants.**

## PRELIMINARY INJUNCTION

       Upon consideration of plaintiff Alvin Kotz's Motion for a Preliminary Injunction,

any response thereto and the entire record herein, it is this ___ day of May 2007, and the

Court having found that:

       1.     Plaintiff will suffer irreparable harm and loss if defendants are not

required to reverse their order denying plaintiff's consideration for a reduction of

sentence;

       2.     Plaintiff has no adequate remedy at law;

2

      3.      Greater injury will be inflicted upon plaintiff by the denial of preliminary injunctive relief than would be inflicted upon defendant by the granting of such relief; and,

      4.      The public interest favors the issuance of this order; it is this _____ day of May 2007,

      **ORDERED** that defendants are preliminarily enjoined, directly or indirectly, and whether alone or in concert with others, including any officer, agent, representative and/or employee of defendant until hearing and thereafter until further Order of this Court from denying plaintiff's consideration for a reduction of sentence pursuant to the RDAP program; and it is further

      **ORDERED** that this Order shall remain in force and effect until such time as this Court specifically orders otherwise.


                    _____

                       DISTRICT JUDGE


Copies to:

Brian Shaughnessy
SHAUGHNESSY, VOLZER & GAGNER, P.C.
913 M Street, N.W.
Suite 101
Washington, D.C.  20005

U.S. Attorney for the District of Columbia
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C.  20001