UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALVIN KOTZ<br>Federal Reg. No. 16577-016<br>FCI CUMBERLAND<br>PO Box 1000<br>Cumberland, MD 21501-1000,<br><br>    Plaintiff,<br><br>    v.<br><br>HARLEY G. LAPPIN, DIRECTOR,<br>FEDERAL BUREAU OF PRISONS<br>in his official capacity and as an individual<br>320 First Street, N.W.<br>Washington, D.C. 20534, and<br><br>FEDERAL BUREAU OF PRISONS,<br>in his official capacity and as an individual<br>320 First Street, N.W.<br>Washington, D.C. 20534,<br><br>    Defendants. | Civil No. _____ |

## CERTIFICATE OF NOTICE PURSUANT TO LOCAL RULE 65.1

Counsel for plaintiff Alvin Kotz, pursuant to Local Rule 65.1, certifies as follows:

1. The time of making the application for a temporary restraining order is 3 pm on May 8, 2007.

2. Copies of all pleadings and papers filed in the action to date or to be presented to the court at the hearing, have been furnished to the adverse parties by hand-delivery service on their attorney, the United States Attorney for the District of Columbia.

2

           Respectfully submitted,


           _____BWS_____
           Brian W. Shaughnessy, DC 89946
           913 M Street, N.W.
           Suite 101
           Washington, D.C. 20001
           (202) 842-1700

           Attorney for Plaintiff
           Alvin Kotz