UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALVIN KOTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0856 (RMU) |
| ) | |
| HARLEY G. LAPPIN, DIRECTOR, ) | |
| FEDERAL BUREAU OF PRISONS ) | |
| and ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of John Brumer, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

__/s/_____
JONATHAN C. BRUMER, D.C. Bar #963328
Special Assistant United States Attorney
555 Fourth St., N.W., E-4815
Washington, D.C. 20530