UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALVIN KOTZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 07-0856 (RMU) |
| | ) |
| HARLEY G. LAPPIN, DIRECTOR, | ) |
| FEDERAL BUREAU OF PRISONS | ) |
| and | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**NOTICE OF APPEARANCE**

    The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

                                                                               Respectfully submitted,

                                                                               /s/
                                                                     WYNEVA JOHNSON, D.C. BAR #278515
                                                                     Assistant U.S. Attorney
                                                                     555 Fourth St., N.W., E-4106
                                                                     Washington, D.C. 20530