UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALVIN KOTZ,<br><br>       Plaintiff,<br><br>v.<br><br>HARLEY G. LAPPIN, DIRECTOR,<br>FEDERAL BUREAU OF PRISONS<br>and<br>FEDERAL BUREAU OF PRISONS,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-0856 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' ERRATA REGARDING NOTICE OF APPEARANCE**

The Notice of Appearance which was filed earlier today for Jonathan C. Brumer, Special Assistant United States Attorney, contained an incorrect D.C. Bar Number. The correct D.C. Bar Number for Jonathan C. Brumer is 463328. Counsel regrets the inconvenience to the Court and to Plaintiff's counsel caused by this error. A corrected copy of the Notice of Appearance is attached hereto.

Respectfully submitted,

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that service of the foregoing Defendants' Errata Regarding Notice of Appearance was sent by the Court's Electronic Case Filing System, this ___ day of May, 2007 to:

Brian W. Shaughnessy
913 M Street, N.W.
Suite 101
Washington, D.C. 20001

                                      /s/ Jonathan C. Brumer
                                      _____
                                        JONATHAN C. BRUMER
                                        Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALVIN KOTZ, | ) | |
| | ) | |
|       **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0856 (RMU) |
| | ) | |
| HARLEY G. LAPPIN, DIRECTOR, | ) | |
| FEDERAL BUREAU OF PRISONS | ) | |
| and | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
|       **Defendants.** | ) | |
| | ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as counsel of record for Defendants in the above-captioned case.

                                           Respectfully submitted,

                                         __/s/_____
                                         JONATHAN C. BRUMER, D.C. BAR # 463328
                                         Special Assistant United States Attorney
                                         555 Fourth Street, N.W., Room E4815
                                         Washington, D.C. 20530
                                         (202) 514-7431
                                         (202) 514-8780 (facsimile)

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that service of the foregoing Notice of Appearance was sent by the Court's Electronic Case Filing System, this ___ day of May, 2007 to:

Brian W. Shaughnessy
913 M Street, N.W.
Suite 101
Washington, D.C. 20001

/s/ Jonathan C. Brumer
_____
JONATHAN C. BRUMER
Special Assistant United States Attorney