UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALVIN KOTZ,

    Plaintiff,

    v.

HARLEY G. LAPPIN, DIRECTOR,
FEDERAL BUREAU OF PRISONS, et al.

    Defendants.

Civil No. 1:07-cv-00856-RMU

## MOTION TO EXTEND TIME

COMES NOW, plaintiff Alvin Kotz, by and through counsel, and moves this Court for an extension of time within which to file his Opposition to defendant's Motion to Dismiss for the following reasons:

1.    Plaintiff's Opposition to defendant's Motion to Dismiss is due to be filed at midnight on May 18, 2007.

2.    Plaintiff had expected to complete his Opposition by today, but was unable to do so partially because counsel had to spend Thursday in a client matter at the U.S. Attorney's Office in Greenbelt.

3.    Counsel thought that he could complete the Opposition today, but mis-estimated the time necessary to prepare his Opposition to the government's Motion to Dismiss.

4.    Plaintiff's counsel needs a one day extension to complete his Opposition .

5.      Plaintiff's counsel did not conclude until after close of business tonight that he could not complete the Opposition, however, in calling the U.S. Attorney (the day after the extension was granted) to agree to its requested brief extension, counsel believes that the U.S. Attorney would consent—although counsel did not ask specifically.

6.      Counsel does not believe that granting a one day extension would unduly prejudice his client or the government.

WHEREFORE, plaintiff requests that time be extended until May 19, 2007, within which to file defendants' Opposition to defendant's Motion to Dismiss.

                         Respectfully submitted,

                         _____/s/_____
                         Brian W. Shaughnessy, DCN 89946
                         913 M Street, NW
                         Suite 101
                         Washington, DC  20001
                         (202) 842-1700

                         Attorney for the Plaintiff
                         Alvin Kotz

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of May 2007, I caused a copy of the foregoing pleading to be sent via the Court's electronic filing system to AUSA Charlene Abel, 555 Fourth Street, NW, Washington, DC  20001.

                         _____/s/_____
                         Brian W. Shaughnessy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALVIN KOTZ,<br><br>    Plaintiff,<br><br>    v.<br><br>HARLEY G. LAPPIN, DIRECTOR,<br>FEDERAL BUREAU OF PRISONS, et al.<br><br>    Defendants. | Civil No.  1:07-cv-00856-RMU |

**ORDER**

Upon consideration of plaintiff Alvin Kotz's's Motion for an Extension of Time, and the entire record, it is hereby

ORDERED, this ___ day of May 2007, that plaintiff's Motion to Extend Time until May 19, 2007 within which to oppose defendants' Motion to Dismiss is GRANTED.

_____
**JUDGE**