UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALVIN KOTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0856 (RMU) |
| ) | |
| HARLEY G. LAPPIN, DIRECTOR, ) | |
| FEDERAL BUREAU OF PRISONS ) | |
| and ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants, the Federal Bureau of Prisons ("BOP") and Harley Lappin, Director, BOP, by and through undersigned counsel, respectfully move this Court to enlarge the time to file their Reply in support of their Motion to Dismiss.

Plaintiff, Alvin Kotz, filed an Opposition to Defendants' Motion to Dismiss on May 19, 2007. Consequently, Defendants' Reply is currently due by May 29, 2007. See Local Rule 7(d); Fed. R. Civ. Pro. 6(a), (e). Defendants respectfully request that the deadline for filing their Reply in support of their Motion to Dismiss be extended by fourteen days, from May 29, 2007 to June 12, 2007. This is Defendants' first request for an enlargement of time in this case. On May 23, 2007, the undersigned counsel spoke with Plaintiff's counsel, Brian Shaughnessy, and he gave his consent to this Motion.

This enlargement of time is sought for two major reasons. First, one of the undersigned counsel for Defendants, Jonathan Brumer, will be out of the office on scheduled leave on May 24, May 25, and May 29, and has several imminent deadlines in his other cases, including

Answers and/or dispositive motions in, among other cases, Andre Cooper v. EOUSA, et al., 07-0744 (D.D.C.), Bonaparte v. DOJ, Civil Action No. 07-0749 (D.D.C.), Forrester v. Parole Commission, Civil Action No. 07-0728 (D.D.C.), Dews-Miller v. Rice, Civil Action No. 06-1764 (D.D.C.), Melvyn Johnson v. Fenty, 07-0935 (RMC), and Delgado v. ATF, Civil Action No. 07-0256 (D.D.C.).  Second, the Counsel for Defendants are currently waiting for agency counsel to send them information and documents which are required before he can formulate an appropriate Reply brief.  Consequently, Defendants request the additional time in order to further confer and better address the relevant issues in this case in their Reply.

This extension is sought in good faith and will not unfairly prejudice any party.  Allowing Defendants some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for filing their Reply be extended to June 12, 2007.

        Respectfully submitted,

        \_\_/s/_____
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        \_\_/s/_____
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

          /s/_____
WYNEVA JOHNSON, D.C. BAR # 278515
Assistant United States Attorney
555 Fourth Street, N.W., Room E4106
Washington, D.C. 20530
(202) 514-7224

          /s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

Of Counsel:

Alma Lopez
Assistant General Counsel
Office of the General Counsel
Litigation Branch
Federal Bureau of Prisons

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendants' Consent Motion for Enlargement was sent by the Court's Electronic Case Filing System, this ___ day of May, 2007 to:

Brian W. Shaughnessy
913 M Street, N.W.
Suite 101
Washington, D.C. 20001

/s/ Jonathan C. Brumer
_____
JONATHAN C. BRUMER
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALVIN KOTZ,                                 )<br>                                                       )<br>        Plaintiff,                          )<br>                                                       )<br>v.                                              )<br>                                                       )<br>HARLEY G. LAPPIN, DIRECTOR,    )<br>FEDERAL BUREAU OF PRISONS  )<br>and                                            )<br>FEDERAL BUREAU OF PRISONS, )<br>                                                       )<br>        Defendants.                     )<br>_____) | Civil Action No. 07-0856 (RMU) |

### ORDER

UPON CONSIDERATION of Defendants' Consent Motion for Enlargement of Time to file a Reply in support of their Motion to Dismiss, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendants' Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendants shall have until June 12, 2007, to file a Reply in support of their Motion to Dismiss.

_____
UNITED STATES DISTRICT JUDGE

Copies of this order to:

Brian W. Shaughnessy
913 M Street, N.W.,
Suite 101
Washington, D.C. 20001

Wyneva Johnson
Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Rm. E-4106
Washington, D.C. 20530

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530