# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ALVIN KOTZ, | : | | |
| Plaintiff, | : | | |
| v. | : | Civil Action No.: | 07-0856 (RMU) |
| HARLEY G. LAPPIN, | : | Document Nos.: | 2, 3 |
| Director, Federal Bureau of Prisons, in his official capacity and as an individual, | : | | |
| and | : | | |
| FEDERAL BUREAU OF PRISONS | : | | |
| Defendants. | : | | |

## ORDER

### DENYING THE PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 10th day of October 2007, it is hereby

**ORDERED** that the plaintiff's motions for injunctive relief is **DENIED**.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge