UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALVIN KOTZ,<br><br>    Plaintiff,<br><br>    v.<br><br>HARLEY G. LAPPIN, DIRECTOR,<br>FEDERAL BUREAU OF PRISONS, et al.<br><br>    Defendants. | Civil No. 1:07-cv-00856-RMU |

## MOTION TO DISMISS

COMES NOW, plaintiff Alvin Kotz, by and through counsel, and moves this Court to dismiss the complaint herein for the following reasons:

1. Plaintiff sought to be qualified to be moved to a halfway house.

2. Plaintiff has been moved to a halfway house.

3. Plaintiff does not believe that defendant has any objection to this motion, but will confirm this on February 26, 2008

WHEREFORE, plaintiff requests that the complaint herein be dismissed.

                                                                                                   Respectfully submitted,

                                                                                               _____/s/_____
                                                                         Brian W. Shaughnessy, DCN 89946
                                                                         913 M Street, NW
                                                                         Suite 101
                                                                         Washington, DC 20001
                                                                         (202) 842-1700

                                                                         Attorney for the Plaintiff
                                                                         Alvin Kotz

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 25th day of February 2008, I caused a copy of the foregoing pleading to be sent via the Court's electronic filing system to AUSA Charlotte Abel, 555 Fourth Street, NW, Washington, DC 20001.

                                                            _____/s/_____
                                                              Brian W. Shaughnessy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALVIN KOTZ,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**HARLEY G. LAPPIN, DIRECTOR,**<br>**FEDERAL BUREAU OF PRISONS, et al.**<br><br>    **Defendants.** | **Civil No.  1:07-cv-00856-RMU** |

## ORDER

Upon consideration of plaintiff Alvin Kotz's's Motion to Dismiss and the entire record, it is hereby

ORDERED, this ___ day of February 2008, that plaintiff's Motion to Dismiss is GRANTED, and it is

FURTHER ORDERED, that the complaint is dismissed.

_____
**JUDGE**