# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ALVIN KOTZ, | : | | |
| | : | | |
| Plaintiff, | : | | |
| | : | | |
| v. | : | Civil Action No.: | 07-0856 (RMU) |
| | : | | |
| HARLEY G. LAPPIN, | : | Document Nos.: | 17 |
| Director, Federal Bureau of Prisons, | : | | |
| in his official capacity and as an individual, | : | | |
| | : | | |
| and | : | | |
| | : | | |
| FEDERAL BUREAU OF PRISONS | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING THE PLAINTIFF'S MOTION TO DISMISS

For the reasons set forth in the court's memorandum opinion to follow, it is this 26th day

of March, 2008 hereby

**ORDERED** that the plaintiff's motion to dismiss is **GRANTED**.

**SO ORDERED.**


RICARDO M. URBINA
United States District Judge